IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01827-PSF-MJW

RAY JARAMILLO,

Plaintiff(s),

v.

REGIONAL TRANSPORTATION DISTRICT (RTD),

Defendant(s).

_____

MINUTE ORDER

_____

It is hereby ORDERED that **Defendant RTD's Unopposed Motion for Leave to Amend Answer,** (docket no. 9), is GRANTED.  The Defendant RTD shall file their First Amended Answer with the court within five (5) days from the date of this Order so that it can be given a new docket number.

It is FURTHER ORDERED **Defendant RTD's Unopposed Motion for Entry of Stipulated Protective Order,** (docket no. 10), is GRANTED.  The written Stipulated Protective Order is APPROVED and made an Order of Court.

Date:   October 24, 2006