IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01827-PSF-MJW

RAY JARAMILLO,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD),

    Defendant.

---

## ORDER OF DISMISSAL

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 23). Having reviewed the stipulation and the file, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs.

    DATED: February 22, 2007

    BY THE COURT:

    *s/ Phillip S. Figa*

    _____
    Phillip S. Figa
    United States District Judge